UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF CIVIL INVESTIGATIVE DEMAND 11-233, INVESTIGATION OF CH2M HILL HANFORD GROUP, INC., ISSUED TO PATRICK BRADLEY BRANNAN | No. CV-12-3013-LRS<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having reviewed the parties' Joint Stipulation for Dismissal Without Prejudice and considered the records and files herein, **IT IS HEREBY ORDERED**:

1. That this matter is dismissed without prejudice; and
2. The United States has leave to re-file its Petition for Summary Enforcement of Civil Investigative Demand to enforce CID 11-233 consistent with all applicable laws.

IT IS SO ORDERED.

DATED this 8th day of March, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**Page 1**